UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WAYNE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>KUMAR, et al.,<br><br>    Defendants. | Case No. 21-04037 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against medical personnel at Salinas Valley State Prison ("SVSP"). Dkt. No. 1. The matter was originally before the Honorable Magistrate Judge Laurel Beeler. On July 7, 2021, Judge Beeler dismissed the complaint with leave to amend to correct several deficiencies in the pleading. Dkt. No. 8. Plaintiff was directed to file an amended complaint no later than August 9, 2021, and advised that failure to respond by the deadline would result in the dismissal of the action for failure to state a claim. Id. at 4. Plaintiff moved for an extension of time, Dkt. No. 9, which was granted, giving him until September 8, 2021, to file an amended complaint. Dkt. No. 19. The matter was reassigned to the Undersigned on September 17, 2021. Dkt. Nos. 11, 12.

The deadline has long since passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 10/6/2021

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.21\04037Moore_dis-compl.

2